PATRICIA L. McCABE, CSBN 156634
KRISTIN E. BERK, CSBN 275840
Law Offices of Patricia L. McCabe
7100 Hayvenhurst Avenue, Suite 314
Van Nuys, CA 91406
Telephone: (818) 907- 9726
Facsimile: (818) 907-6384
E-mail: kristin@mccabedisabilitylaw.com

Attorney for Plaintiff,
JULIA RIVAS

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JULIA RIVAS, | Case No.: 2:17-CV-03658-SS |
| Plaintiff, | |
| v. | ORDER ON STIPULATION TO DISMISSAL WITHOUT PREJUDICE |
| NANCY A. BERRYHILL, Acting Commissioner, Social Security | |
| Defendant. | Judge: Honorable Suzanne H. Segal |

Based upon the parties' Stipulation, IT IS HEREBY ORDERED that this matter is DISMISSED without prejudice, with each side to bear their own costs and attorney's fees, including but not limited to any attorney's fees which may be due under the Equal Access to Justice Act.

IT IS SO ORDERED.

Dated: 12/12/17     /S/

Honorable Suzanne H. Segal

UNITED STATES MAGISTRATE JUDGE